UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ07-0120 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JEFFREY JESSE JACKSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:

Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a) and 841(b)((1)(A).

Date of Detention Hearing:    March 20, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Pursuant to 18 U.S.C. §3142 (e), a rebuttable presumption exists that no conditions or combination of conditions exist short of detention that will reasonably assure the safety of the community or the appearance of the defendant.  The presumption is appropriately applied in this case.

(2)    Defendant has a substantial criminal background history which includes

01 arrests for obstruction of law enforcement officers and attempts to elude.

02     (3)    Defendant has a history of multiple failures to appear for required court
03 appearances and probation revocations which demonstrate an unwillingness or an inability to
04 comply with court orders and the terms of his supervision.

05     (4)    Defendant appears to have a serious on-going substance abuse problem.

06     (5)    Based on defendant's criminal background history and the nature of the
07 pending charges, defendant is considered a flight risk and a danger to the community. There
08 appear to be no conditions or combination of conditions other than detention that will
09 reasonably address the risk of flight or danger to the community.

10     IT IS THEREFORE ORDERED:

11     (1)    Defendant shall be detained pending trial and committed to the custody of the
12     Attorney General for confinement in a corrections facility separate, to the
13     extent practicable, from persons awaiting or serving sentences or being held in
14     custody pending appeal;

15     (2)    Defendant shall be afforded reasonable opportunity for private consultation
16     with counsel;

17     (3)    On order of a court of the United States or on request of an attorney for the
18     government, the person in charge of the corrections facility in which
19     defendant is confined shall deliver the defendant to a United States Marshal
20     for the purpose of an appearance in connection with a court proceeding; and

21     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
22     counsel for the defendant, to the United States Marshal, and to the United
23     States Pretrial Services Officer.

24     DATED this 20th day of March, 2006.

25     */s/ James P. Donohue*

26     JAMES P. DONOHUE
    United States Magistrate Judge

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2